# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 04 2021**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Brittany Crownhart , Plaintiff

v.

Auto Mart Mitsubishi ,

Steph Edwards ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address. Failure to keep a current address on file with the
court may result in dismissal of your case.*

UNIT #607

Brittany Crownhart 9767 East Colo, Ave
(Name and complete mailing address)

(720) 693-7313 CRownhart Brittany 9 @gmail.Con
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If
more space is needed, use extra paper to provide the information requested. The additional
pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Auto Mart 835 S. Havana St Aurora Co, 80012
(Name and complete mailing address)

303-438-4000 www. AutoMartMitsubishi. Com
(Telephone number and e-mail address if known)

Defendant 2: Stephen Edwards : 835 S. Haven St Aurora.
(Name and complete mailing address) Co. 80012

303-438-4000 Ext #2466 Sedwards@Auto. Mart Colo.
(Telephone number and e-mail address if known) Com

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of ___United States___.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___Auto Mart___ (name of state or foreign nation).  of Colorado

Defendant 1 has its principal place of business in ___Sales___ (name of state or foreign nation).  colorado

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Dealer ship Took Advantage of customer

Supporting facts:

ON April 20, 2021 plaintiff Brittany Crownhart Bought A 2010 Honda Civic From Auto Mart Mitsubishi. Auto Mart Mitsubishi gave plaintiff Brittany Crownhart. (40) Fourty one Days To Make A payment. Two weeks in to The Sale on 5/6/2021 Auto Mart Mitsubishi Repoed her Vehicle From her Residence with out Notice. Auto Mart Mitsubishi made False Allagations A Bout calling her Refrences. Named Skip Crownhart Telephone (303) 355-5264 plaintiff Brittany Crownhart verifide The Refrence which Never was called Secound Reffence Nova Tucker phone Number (970) 257-1380 Verfide. Refence Never Called. Third. refence. chris sawyer phone No. (970) 697-0970 verfied refrence Never Called. Auto mert Mitsubishi Took Vehicle without Notifying The plaintiff crownhart

And Not giving Enough time to make A
payment on The 2010 Honda Civic
plaintiff Brittany Crownhart Had Made
All The Legal Buy Of The Vehicle
Auto mart Mitsubishi Took The Vehicle
And Illegaly RePode the Vehicle
With out Notification. Brittany Crownhart
ReQuested her Money Back. On
The 2010 Honda Civic And The Dealer
Ship refused To ReCredit Her Money
Back. Auto Mart is Responsible For
the Law Suit in this Claim. And took
Adavantage Of The Customer.
Brittany Crownhart for Lack Of
Auto Sale. paid in The Amount Of $205.00
See Reciept For Show of proff. And
Sold The 2010 Honda Civic With Our
Knowladge of The Customer.

CLAIM TWO: <u>Dealer refused To refund Customer's money</u>

Supporting facts:

On 5/6/2021. Plaintiff Brittany Crownhart Requested her money Back. Auto mart Mitsubishi refused To Refund $2,500.00 Back when Auto mart mitsubishi Took Plaintiff(s) Brittany Crownhart(s) 2010 Honda Civic vehicle. And Auto mart mitsubishi refused, to credit the money Back. the sale was Ligit And Auto mart is responsible for the customers refund. That Auto mart mitsubishi refused to return the Amount of $2,500.00 To Customer Brittany Crownhart's Account. On 5/10/ 2021 Auto mart mitsubishi Threatens By Notice of Plan To. sell property of 2010 Honda Civic owned By plaintiff Brittany Crownhart who Was A Customer of Auto mart mitsubishi which the Dealer ship refuses To refund customers money of $2,500.00 in cash.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed*
*to identify the relief you are requesting, use extra paper to request relief. Please indicate that*
*additional paper is attached and label the additional pages regarding relief as "E. REQUEST*
*FOR RELIEF."*

Request by The Court To Sue Auto mart Mitsubishi For Takeing plaintiff Brittany Crownhart (s) 2016 Honda Civic And Illegaly repoing her vehicle. And requesting her money Back of $2,800.00 And Auto mart mitsubishi refuseing to re credit Funds Back to her account. And Sue Auto mart mitsubishi For pain And Suffering And money Damages for Refusing to re credit funds when Auto mart mitsubishi Took Advantage of customer Brittany Crownhart.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Brittany Crownhart
_____
(Plaintiff's signature)

6/12/2021
_____
(Date)

(Revised December 2017)

6

PROFF OF Service

I Brittany Crownhart Hereby Certify I Have Mailed The Original And Two Copies of Civil Cover Sheet Plus A Copie of The Notice of Law Suit A Copie Of the Summons In A Civil Action. And A Copie of Law Suit And Request To Waive The Summons with All Documents Attached with The INCluded Exhibts

Also Mailed To:
Defendant:
Avto. Mart Mitsubishi
835 S. Havana St
Avrora Co, 80012

Mailed To:
United States District Court
901 - 19th St  Room A-105
Denver Co, 80294-3589

Brittany crownhart
6/2/2021

Mailed From:
9767 East Colo Ave
Unit # 607
Avrora Co, 80247



Auto Mart Mitsubishi
835 S. Havana St
Aurora, CO 80012
303-438-4000

04/13/2021,                16:07:28
Merchant Name:  Auto Mart Mitsub
Merchant ID:      ••••••••••••0111
Device ID:                    2526
Terminal ID:                  PP01.

Credit Sale:

Transaction #:                   1.
Card Type:                     Visa
Account:          ••••••••••••2623
Entry:                         Chip
Invoice #:.                      32

Amount:
            USD$205.00

STAN:                         001
Auth. Code:                071960
Batch Number:                   6
Response:                 AUTH/TKT
ACI Code:                       E
TRANS ID:          581103760647204
Network:                     VISA
PROCESS AS:                 CREDIT

Mode:                      Issuer
AID:             A00000000980840
TVR:                   8000088000
IAD:             06010A03600000
TSI:                         6800
ARC:                           00
AC:              4E57E80680003AA73
ATC:                         00E0
APPLAB:                  US DEBIT

PIN BYPASSED

CUSTOMER COPY

Thank you for your business!

| | |
|---|---|
| POLICY NUMBER - NUMERO DE POLIZA<br>**60  389662924** | INSURANCE COMPANY - COMPANIA DE SEGURO<br>**YOUNG AMERICA INSURANCE COMPANY** |
| EFFECTIVE DATE - FECHA EFECTIVA<br>**4/13/21** | **1-800-554-0595     CLAIMS 1-800-880-0472** |
| EXPIRATION DATE - FECHA EXPIRACION<br>**10/13/21** | AGENT - AGENTE<br>**FRED LOYA INSURANCE              720 681-6990** |

This policy provides at least the minimum amounts of liability insurance required by the  Colorado  Compulsory Financial Responsibility Law for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

| NAME AND ADDRESS OF INSURED-NOMBRE Y DIRECCION DEL ASEGURADO | VEHICLE YEAR/MAKE/MODEL- AÑO DE VEHICULO/MARCA/MODELO |
|---|---|
| <br><br><br>**60/389662924**<br>**BRITTANY M CROWNHART**<br>**9767 E COLORADO AVE**<br>**AURORA              CO          80247** | **2010 HOND              CIVIC              2HGFA1F53AH561405** |

## COLORADO LIABILITY INSURANCE CARD (KEEP THIS CARD)

IMPORTANT:  THIS CARD OR A COPY OF YOUR INSURANCE POLICY MUST BE SHOWN WHEN YOU APPLY FOR OR RENEW YOUR: MOTOR VEHICLE , REGISTRATION, DRIVER'S LICENSE, MOTOR VEHICLE SAFETY INSPECTION STICKER. YOU ALSO MAY BE ASKED TO SHOW THIS CARD OR YOUR POLICY IF YOU HAVE AN ACCIDENT OR IF A PEACE OFFICER ASKS TO SEE IT.
ALL DRIVERS IN  COLORADO  MUST CARRY LIABILITY INSURANCE ON THEIR VEHICLES OR OTHERWISE LEGAL REQUIREMENTS FOR FINANCIAL RESPONSIBILITY. FAILURE TO DO SO COULD RESULT IN SUSPENSION OF YOUR DRIVER'S LICENSE.

## TARJETA DE SEGURO DE RESPONSABILIDAD DE COLORADO (GUARDE ESTA TARJETA)

IMPORTANTE:  ESTA TARJETA O UNA COPIA DE SU POLIZA DE SEGURO DEBE SER MOSTRADA CUANDO USTED SOLICITE O RENUEVE SU: REGISTRO DE VEHICULO DE MOTOR; LICENCIA PARA CONDUCIR; ETIQUETA DE INSPECCION DE SEGURIDAD  PARA SU  VEHICULO.  PUEDE QUE USTED TENGA TAMBIEN QUE MOSTRAR ESTA TARJETA O SU POLIZA DE SEGURO SI TIENE UN ACCIDENTE O SI UN OFICIAL DE LA PAZ SE LA PIDE. TODOS LOS CONDUCTORES EN  COLORADO  DEBEN DE TENER SEGURO DE RESPONSABILIDAD PARA SUS VEHICULOS, O DE OTRA MANERA LLENAR LOS REQUISITOS LEGALES DE RESPONSABILIDAD CIVIL. NO CUMPLIR CON ESTE REQUISITO PUEDE RESULTAR EN SUSPENSION DE SU LICENCIA PARA CONDUCIR.

YA-CO-0002 (05/2012)



5/10/21

Brittany Crownhart

9767 Colorado Avenue East Apt #607

Denver, CO 80247

# *Notice of our plan to sell property*

Brittany Crownhart,

Because you broke promises in our agreement, it is our intention to file for a repossessed title and dispose of the collateral as follows; we will sell the 2010 Honda Civic
VIN#2HGFA1F53AH561405
At Auto Mart Mitsubishi /Mile High Auto Finance.

The sale will be held as Follows:

Place: Auto Mart Mitsubishi **(ANY TIME AND DATE AFTER 5/20/21)**

You can get the property back at any time within **(10)** days of the date of this letter by paying the **full amount you owe (not just the past due payments)** including our expenses plus any unpaid balances.

To learn the exact amount, you must call us at (303) 438 4000
You can also come in and pay at Auto Mart Mitsubishi.
If you have any questions regarding this sell please do not hesitate to call us at the number we provided above or come in and speak with a collections specialist.

Thank You
Collections Agent

Elena Holguin

# CASH RECEIPT



AUTO MART USA
835 S HAVANA ST
AURORA, CO, 80012
303-438-4000
www.denverautomart.com

| Payment Received From: | | Received By: | eholguin |
|---|---|---|---|
| Customer # | 004247 | Date/Time | 04/13/2021 15:08:52 |
| Name | BRITTANY CROWNHART | Batch Date | 04/13/2021 |
| Address | 9767 COLORADO AVENUE E. APT # 607 | Journal Source | 05 |
| City, State, Zip | DENVER, CO 80247 | Receipt # | 23351 |

**Remarks:** dp

## Payments Received (+)

| Amount | Type | GL | Control | Apply To | Comment |
|---|---|---|---|---|---|
| $2,295.00 | Cash | 1002 | 004247 | 21-004H | 2010 HONDA CIVIC |
| $205.00 | American Express | 1002 | | | |
| $2,500.00 | | | | | |

## Payments Distributions (-)

| Amount | Type | GL | Control | Apply To | Comment |
|---|---|---|---|---|---|
| $2,500.00 | | 1100 | 004247 | | |
| $2,500.00 | | | | | |

DR2407 (09/07/05)
**COLORADO DEPARTMENT OF REVENUE**
DIVISION OF MOTOR VEHICLES
www.revenue.state.co.us

**STATE OF COLORADO**
**Dealer's Bill of Sale for a Motor Vehicle**
*ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT*

PREVIOUS BILL OF SALE NUMBER

No. A 6667752

| PRINT NAME OF LICENSED COLORADO DEALER | PRINT DEALER NUMBER |
|---|---|
| AUTO MART MITSUBISHI | 38257 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 835 S HAVANA ST | AURORA | CO | 80012 |

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | BODY | MODEL |
|---|---|---|---|---|
| 2HGFA1F53AH561405 | 2010 | HONDA | SEDAN | CIVIC LX |

| FUEL TYPE (CHECK ONE) | STATUS OF VEHICLE (CHECK ONE) | MANUFACTURER'S SUGGESTED RETAIL PRICE (NEW VEHICLES ONLY) $ |
|---|---|---|
| ☐ GAS ☐ DIESEL ☐ ELECTRIC ☐ OTHER | ☐ NEW ☒ USED | |

| SELL, ASSIGN, AND CONSIGN TO | BUYER(S) PRINTED NAME(S) BRITTANY CROWNHART | DATE OF SALE 04/08/2021 |
|---|---|---|

## ODOMETER DISCLOSURE STATEMENT

FEDERAL LAW REQUIRES THAT YOU STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP, FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

THE ABOVE NAMED DEALER STATES THAT THE ODOMETER NOW READS (NO TENTHS OF MILES): _____ AND:

☐ THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE.

☒ THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS

☐ THE ODOMETER READING IS **NOT** THE ACTUAL MILEAGE- **WARNING - ODOMETER DISCREPANCY**

| DEALER AFFIRMS, UNDER PENALTY OF PERJURY, THAT THE ABOVE FACTS ARE TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE. BUYER'S SIGNATURE BELOW ACKNOWLEDGES TRANSFER OF OWNERSHIP AND RECEIPT OF ODOMETER STATEMENT | DATE OF STATEMENT 04/08/2021 |
|---|---|

| DEALER'S AGENT HAND PRINTED NAME | DEALER'S AGENT SIGNATURE |
|---|---|
| Gary Enos | x |

| BUYERS HAND PRINTED NAME (1) | BUYERS HAND PRINTED NAME (2) |
|---|---|
| Brittany Crownhart | |

| BUYERS SIGNATURE (1) | BUYERS SIGNATURE (2) |
|---|---|
| x | x |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 9767 COLORADO AVENUE E. APT # | DENVER | CO | 80247 |

| AUCTION NAME (when applicable)) | DATE | LICENSE NUMBER |
|---|---|---|

ORIGINAL: WITH TITLE         COPY: BUYER RECORD         COPY: DEALER RECORD

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| HONDA | CIVIC LX | 2010 | 2HGFA1F53AH561405 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

**WARRANTIES FOR THIS VEHICLE:**     Stock # 21-004H

## ☑ AS IS - NO DEALER WARRANTY
THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ☐ DEALER WARRANTY

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**                **DURATION:**

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☑ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.

OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS. For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

SEE OTHER SIDE for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Brittany Cranhart   Unit # 607

9767 East Colorado Ave

Aurora Co, 80247

United States District Court

901-19th St  Room A-105

Denver Co, 80294

Mailed From 80011
06/02/2021
032A 0061818587
US POSTAGE
$02.80º
First-Class

